UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KERRY TURNER,<br><br>                         Plaintiff,<br><br>   v.<br><br>HERNANDEZ, et al.,<br><br>                         Defendants. | 3:25-cv-00110-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 7 |

Before the court is Plaintiff's Motion for Extension of Time to File Application to Proceed *In Forma Pauperis*. (ECF No. 7.)

Good cause appearing, Plaintiff's Motion for Extension of Time to File Application to Proceed *In Forma Pauperis* (ECF No. 7) is **GRANTED** to the extent that Plaintiff shall have to and including **Wednesday, May 28, 2025,** in which to file a completed IFP application and financial certificate or pay the filing fee.

**IT IS SO ORDERED.**

DATED:  April 22, 2025.

_____
Craig S. Denney
United States Magistrate Judge

1