UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KERRY TURNER,

    Plaintiff

v.

ANDREW HERNANDEZ, et al.,

    Defendants

Case No.: 3:25-cv-00110-ART-CSD

**Order**

Re: ECF Nos. 11, 12

    Plaintiff has filed motions to move forward in this matter. (ECF Nos. 11, 12.) The court has concurrently issued a report and recommendation to grant Plaintiff's application to proceed *in forma pauperis* and to dismiss this action. Therefore, Plaintiff's motions to move forward (ECF Nos. 11, 12) are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: July 23, 2025

_____
Craig S. Denney
United States Magistrate Judge